## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DASHONE MARCEL REYNOLDS**                    **CIVIL ACTION**

**VERSUS**                                     **NO:      22-101**

**ORLEANS CRIMINAL DISTRICT**                  **SECTION: "E" (4)**
**COURT, ET AL.**

## ORDER

On January 18, 2022, Plaintiff Dashone Marcel Reynold's filed the instant action against Defendants Orleans Criminal District Court, Judge Marcus O. DeLarge, Angela Sprague (Judicial Law Clerk), former Assistant District Attorney Kevin P. Guillory, current Assistant District Attorney John Alford, Public Defender Jennifer Hull, and Dr. Deland ("Defendants").[1] On October 21, 2022, Magistrate Judge Karen Wells Roby issued a Report and Recommendations, recommending Plaintiff's § 1983 claims against Defendants be dismissed with prejudice as frivolous and otherwise for failure to state a claim for which relief can be granted.[2] Plaintiff filed an objection to the Magistrate Judge's Report and Recommendations on November 4, 2022.[3]

Magistrate judges are empowered by statute to preside over certain pretrial matters upon appointment by a district judge.[4] A district court evaluating a magistrate judge's recommendation may adopt those portions of the recommendation to which no specific objection is made, as long as those sections are not clearly erroneous.[5] However, where a party makes "specific, written objections" within fourteen days after being served

---

[1] R. Doc. 1.
[2] R. Doc. 8.
[3] R. Doc. 9.
[4] 28 U.S.C. § 636(b)(1)(A) (2018).
[5] 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

with a copy of the magistrate judge's recommendations, the district court must undertake a *de novo* review of those contested aspects of the report.[6]  The Court may then "accept, reject, or modify the recommended decision; receive further evidence; or return the matter to the magistrate judge with instructions."[7]

After conducting a *de novo* review of the issues raised by Plaintiff's objections to Magistrate Judge Roby's Report and Recommendations, the Court overrules those objections and adopts the Report and Recommendations as its own.

Accordingly;

**IT IS ORDERED** that Plaintiff Dashone Marcel Reynold's § 1983 claims against Orleans Criminal District Court, Judge Marcus O. DeLarge, Angela Sprague (Judicial Law Clerk), former Assistant District Attorney Kevin P. Guillory and current Assistant District Attorney John Alford, Public Defender Jennifer Hull, and Dr. Deland be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A.

**New Orleans, Louisiana, this 20th day of December, 2022.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[6] *Id.*
[7] Fed. R. Civ. P. 72(b)(3).